No. 434. LIBERTY MUTUAL INSURANCE CO. ET AL. *v.* BRITTON, DEPUTY COMMISSIONER, UNITED STATES EMPLOYEES' COMPENSATION COMMISSION, ET AL. United

States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Arthur J. Phelan* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the Deputy Commissioner, and *Eugene X. Murphy* for Hardy, respondents.